UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL SMITH,<br><br>                      Plaintiff,<br><br>    v.<br><br>DREAM FORGE ENTERTAINMENT LLC, et al.,<br><br>                      Defendants. | CASE NO. C19-1003-RSL-MAT<br><br>ORDER RE: FIRST MOTION TO DISMISS AND AMENDED COMPLAINT |

      Plaintiff initiated this matter with a complaint filed on June 27, 2019. (Dkt. 1.) Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) in lieu of an answer. (Dkt. 13.) Plaintiff responded to defendants' motion with an amended complaint (Dkt. 15), timely submitted pursuant to Rule 15(a)(1)(B), as well as a response deeming defendants' motion moot in light of the amended pleading (Dkt. 16). Defendants subsequently filed a Motion to Dismiss the First Amended Complaint. (Dkt. 17.)

      As plaintiff observes in the response to defendants' first motion, the filing of an amended complaint supersedes the original complaint and renders it without legal affect. *Lacey v. Maricopa*

ORDER
PAGE - 1

*Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012); *see also see also Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011) ("[I]t is well-established that an amended complaint supersedes the original, the latter being treated thereafter as non-existent."). The Court, as such, herein STRIKES as moot defendants' first Motion to Dismiss. (Dkt. 13.) Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 17) remains pending and will be addressed by the Court. The Clerk is directed to send a copy of this Order to the parties.

DATED this 25th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge