THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL SMITH,

Plaintiff,

v.

DREAM FORGE ENTERTAINMENT, L.L.C., a Louisiana Limited Liability Company, FREDDY M. NOLAN, an Individual, and PETER SAMARAS, an Individual,

Defendants.

No. 2:19-cv-01003-RSL

STIPULATION AND ORDER OF DISMISSAL

## **STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of each and every claim and cause pled in Plaintiff Gabriel Smith's First Amended Complaint (Dkt. No. 15) with prejudice. Except as provided in the parties' Confidential Release Agreement dated December 12, 2019, which is incorporated by reference herein, each party shall bear their own attorneys' fees and costs.

//

STIPULATION AND ORDER OF DISMISSAL – 1
No. 2:19-cv-01003-RSL

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 16thw day of December, 2019.

        *s/ William R. Restis*
        William R. Restis, Esq. (admitted pro hac vice)
        THE RESTIS LAW FIRM, P.C.
        402 W. Broadway, Suite 1520
        San Diego, CA 92101
        Phone: (619) 270-8383
        Email: william@restislaw.com

        Joel B. Ard, WSBA # 40104
        ARD LAW GROUP PLLC
        P.O. Box 11633
        Bainbridge Island, WA 98110
        Phone: (206) 701-9243
        Email: Joel@ard.law

        *Attorneys for Plaintiff Gabriel Smith*


        *s/ William R. Squires III*
        William R. Squires III, WSBA No. 4976
        CORR CRONIN LLP
        1001 Fourth Avenue, Suite 3900
        Seattle, Washington 98154-1051
        Telephone: (206) 625-8600
        E-mail: rsquires@corrcronin.com
        *Attorney for Defendants*

STIPULATION AND ORDER OF DISMISSAL – 2
No. 2:19-cv-01003-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

THIS MATTER having come on before the undersigned Judge of the above-titled Court pursuant to the foregoing Stipulation, and the Court being fully advised; NOW, THEREFORE, IT IS HEREBY ORDERED that the above-captioned matter be, and hereby is, dismissed with prejudice.

DATED this 17th day of December, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
E-mail: rsquires@corrcronin.com
*Attorneys for Defendants*


*s/ William R. Restis*
William R. Restis, Esq. (admitted pro hac vice)
THE RESTIS LAW FIRM, P.C.
402 W. Broadway, Suite 1520
San Diego, CA 92101
Phone: (619) 270-8383
Email: william@restislaw.com

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243
Email: Joel@ard.law

*Attorneys for Plaintiff Gabriel Smith*

STIPULATION AND ORDER OF DISMISSAL – 3
No. 2:19-cv-01003-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900